UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

| | |
|---|---|
| KAREN SMITH, ) | |
| ) | |
| Plaintiff, ) | Civil No. 0:18-019-HRW |
| ) | |
| v. ) | |
| ) | |
| SPECIALIZED LOAN SERVICING, ) | **MEMORANDUM OPINION** |
| LLC, ET AL., ) | **AND ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Karen Smith is a resident of Grayson, Kentucky. Proceeding without a lawyer, Smith filed a complaint with this Court asserting claims against various defendants. [D. E. No. 1]. Smith also filed a motion to proceed *in forma pauperis*. [D. E. No. 2].

As an initial matter, the Court will grant Smith's fee motion and waive payment of the filing and administrative fees in this case. That is because the information contained in Smith's motion indicates that she lacks sufficient assets or income to pay the $350.00 filing fee. Since the Court is granting Smith pauper status, it will also waive payment of the $50.00 administrative fee. *See* District Court Miscellaneous Fee Schedule, § 14.

1

The Court has also conducted an initial review of Smith's complaint pursuant to 28 U.S.C. § 1915(e)(2). While Smith's complaint is lengthy and difficult to follow, she is clearly challenging the foreclosure proceedings related to a piece of real property in Grayson, Kentucky. That said, as Smith appears to acknowledge, there is also an ongoing state court case regarding this same matter. *See Specialized Loan Servicing LLC v. Karen Smith*, No. 14-CI-00292 (2014). In fact, according to the state court's publically available docket sheet, Smith's case remains pending in Greenup County Circuit Court, and her case is set to be heard on February 22, 2018. *See id.* The docket sheet then specifically indicates that Smith may submit her objections to the sale of her property at that time. *See id.*

In light of the ongoing state court proceedings regarding this same matter, the Court will abstain from ruling on Smith's complaint and, instead, it will dismiss this action without prejudice. *See, e.g., Doscher v. Menifee Circuit Court*, 75 F. App'x 996, 997 (6th Cir. 2003) (stating that the district court properly abstained from ruling on the pro se plaintiff's complaint regarding foreclosure proceedings because there was a foreclosure action pending in state court and the plaintiff had an adequate opportunity to raise his challenges to those proceedings); *Daniel Essek v. Vanderbilt Mortgage, Inc.*, No. 6:10-cv-333-GFVT (E.D. Ky. 2011) (the same).

Accordingly, it is hereby **ORDERED** as follows:

1. Smith's motion to proceed *in forma pauperis* [D. E. No. 2] is **GRANTED** and payment of the filing and administrative fees is **WAIVED**.

2. Smith's complaint [D. E. No. 1] is **DISMISSED WITHOUT PREJUDICE** on abstention grounds.

3. This action is **STRICKEN** from the Court's docket.

This 14th day of February, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge